529 U.S. at 251, 120 S.Ct. 1362; <u>see</u> <u>Morales</u>, 514 U.S. at 509, 115 S.Ct. 1597.

**AFFIRMED.**

**Nykeya KILBY, individually and on behalf of all others similarly situated, Plaintiff–Appellant,**

v.

**CVS PHARMACY, INC., Defendant–Appellee.**

**No. 12–56130**

United States Court of Appeals, Ninth Circuit.

Argued December 2, 2013

Submitted June 8, 2016 San Francisco, California

FILED June 08, 2016

James T. Hannink, Attorney, James F. Clapp, Esquire, Zachariah P. Dostart, Attorney, Dostart Clapp & Coveney, LLP, San Diego, CA, Michael Rubin, Altshuler Berzon LLP, Matthew Righetti, Attorney, Righetti Glugoski, P.C., San Francisco, CA, Kevin J. McInerney, Esquire, Attorney, McInerney & Jones, Reno, NV, for Plaintiff–Appellant.

Timothy J. Long, Esquire, Attorney, Sacramento, CA, Geoffrey Moss, Los Angeles, CA, Michael Weil, San Francisco, CA, Orrick Herrington & Sutcliffe LLP, for Defendant–Appellee.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM *

We reverse and remand to the district court to reconsider in light of the California Supreme Court's opinion in *Kilby v. CVS Pharmacy, Inc.*, 63 Cal.4th 1, 201 Cal.Rptr.3d 1, 368 P.3d 554 (2016).

All pending motions for judicial notice are denied as moot.

**REVERSED and REMANDED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.